FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 NOV 29 PM 2:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

AME RAPHAEL GILLES SENAWO, Plaintiff

v.

A. MAC ARTHUR          Lafayette-Colorado police Dpt

FABIO                 Lafayette-Colorado Police Dpt

MUNICIPALITY OF LAFAYETTE-(COLORADO)

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✓] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

4th, 5th, 8th, 14th Amendments of the United States Constitution.

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Co___.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

AME RAPHAEL GILLES SENAWO
15350 EAST EVANS AVE. #207 AURORA COLORADO 80013
(Name and complete mailing address)

720 731 9486        raphgilles@aol.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: AARON·MAC·ARTHUR 451. N. 111th street LAFAyette - COLORADO 80026
(Name and complete mailing address)

303 665 5571     aaron.macarthur@cityoflafayette.com
(Telephone number and e-mail address if known)

Defendant 2: FABIO  451. N. 111th street. LAFAyette - COLORADO 8002
(Name and complete mailing address)

303 665 5571
(Telephone number and e-mail address if known)

Defendant 3: CITY OF LAFAYETTE - COUNTY OF BOULDER - ADMINISTRA
1290 South Public Road, Lafayette, COLORADO 8002
(Name and complete mailing address)

303 665 5588
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: DENIAL of the DUE Process related to CRIME

Supporting facts: @ police officer FABIO following a non-violent theft that occurred inside the goodwill store at 555 W. South Boulder Rd. Lafayette, Colorado 80026, officer FABIO responding to a 911 call came together with a colleague. Brief report has been taken and promise to launch investigation through the surveillance recording available. Officer FABIO has vanished entirely from the criminal process, never returned pressing calls due to critical business documents, customers data information and numerous private contents such as flash drives where critical business invoices and clients residential and commercial data had been stored were at stake. Officer FABIO never came to the next tuesday of the November 29th incident 2019 around 5:58 pm. A female cashier provided manager information to FABIO for surveillance disclosure capabilities. Officer FABIO has dismissed intentionally the crime in his official capacity of law enforcement, refused to proceed with the surveillance footage that could validate my claim as effective property crime

CLAIM TWO: <u>DENIAL of the DUE Process related to crime</u>

Supporting facts: @ Police officer. Aaron Mac. Arthur

As a victim of a non-violent theft inside the goodwill store at 555 West. South, Boulder RD. Lafayette, Colorado 80026 and after numerous attempts to establish contact with the first officer FABIO who responded to my 911 call and had vanished, I happened due to critical materials I lost to write to the mayor and pro-mayor of Lafayette to intervene on my behalf with the local police department 3 or 4 weeks after the theft that occured on november 29th, 2019. Commander in chief Scott Emerson of the local Precinct emailed me to come forward for assistance. Very friendly and welcoming demeanor Commander Scott has introduced me to detective Aaron Mac Arthur to cope with my issue.

After some paperwork filled and exchanges with suspect information and surveillance footage available. It was the last time I saw detective Aaron in the line of duty - numerous calls, emails with additional resources from a nearby convenient store where the clerk DAVID updated me having seen people the same night of the theft going inside their restroom and dropping some contents such as driva's licence and took the backpack away around closing times, never detective Aaron has ever made a contact. This theft has been the 13 thefts I had been subjected with considerate losses over the course of my life and 99% police department has denied to proceed with investigation and only 1 apprehension was made with active warrant in 2020. Many losses monetary - non monetary and exhaustive list of losses unthinkable and all these had started few months after a federal court prevalance against

my ex-wife who I disclosed to the federal court the abuses the manipulation and the bloody domestic assault I suffered during our relationship. I had numerously reported to law-enforcement and twice to the federal bureau of investigation over these non-violent crimes. I had been abstrangly victimized and where the rules of the criminal laws enforced by the police department were 99% vacant. I felt I had been targeted as the chain of historically thefts were beyond thinking. These acts had sunk my company a kind of start-up in high-tech and artificial automation systems, produced so much of distress, debts, public image damaging to name but few of the obstacles and hurdles I had been subjected until police officer Lucero has advised me not that long ago to seek civil liability.

Furthermore I would like to disclose to the court that I had been approached by an individual on the day of September 13th 2021 who murmured to me that he has been told that if I kept informing authorities and unmask them then they would not appreciate it.

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I would with due respect to the authority of the judicial department at the federal level to launch a deep investigation, a thorough investigation from 2007 to 2021 in all nationwide database and reports I made to solicit law-enforcement helps while in harm ways. I would politely request the court to the address the matter to the FBI to the DHS and I am seeking due to medical psychologically pattern an injunction against the party conducting this and an injunction liabilities with violation of constitutional laws.

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11-29-2021
(Date)

(Revised December 2017)

6